```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KATA GREANEY,                                               :
                                Plaintiff,                  :
                                                            :        14 Civ. 6002 (LGS)
                -against-                                   :
                                                            :        ORDER
LONDON LUXURY LLC, *et al.,*                                :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated October 14, 2014 (Docket No. 37), the Court directed Plaintiff to file any opposition to Defendants' motions to dismiss;

    WHEREAS, to date, no opposition has been filed; it is hereby

    **ORDERED** that Plaintiff shall have until November 13, 2014, to show cause why the Motions should not be deemed fully submitted.

SO ORDERED.

Dated: November 10, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**